PARKER v. RICHARD. (Circuit Court of Appeals, Eighth Circuit. May 27, 1918.) No. 5147. Appeal from the District Court of the United States for the Eastern District of Oklahoma. See, also, 245 Fed. 330, 157 C. C. A. 522. Decree reversed 249 U. S. 235, 39 Sup. Ct. 442, 63 L. Ed. ——. W. P. McGinnis, U. S. Atty., and Alvin F. Molony, Sp. Asst. U. S. Atty., both of Muskogee, Okl., for appellant. J. B. Lucas and Britton H. Tabor, both of Checotah, Okl., for appellee.

PER ·CURIAM. Appeal dismissed, without costs to either party in this court.

---

ROPER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 17, 1918.) No. 5340. In Error to the District Court of the United States for the Eastern District of Oklahoma. Denton & Lee, of Muskogee, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and C. W. Miller, Sp. Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Cause docketed, and writ of error dismissed, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi) without costs to either party in this court.

---

ST. LOUIS SOUTHWESTERN RY. CO. et al. v. SOUTHERN COTTON OIL CO. (Circuit Court of Appeals, Eighth Circuit. March 25, 1919.) No. 4856. Appeal from the District Court of the United States for the Eastern District of Arkansas. J. M. Moore, of Little Rock, Ark., for appellants. W. E. ·Hemingway, G. B. Rose, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., and V. M. Miles, of Ft. Smith, Ark., for appellee.

PER CURIAM. Appeal dismissed per stipulation of parties; costs in this court to be equally divided.

---

ST. LOUIS SOUTHWESTERN RY. CO. OF TEXAS v. CONSOLIDATED FUEL CO. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 5327. Appeal from the District Court of the United States for the Eastern District of Oklahoma. E. B. Perkins, of Dallas, Tex., Daniel Upthegrove, of St. Louis, Mo., W. B. Hamilton, of Dallas, Tex., and Clifford L. Jackson, of Muskogee, Okl., for appellant. Jones & Foster, of Muskogee, Okl., for appellee.

PER CURIAM. Cause docketed, and appeal dismissed, with costs, on motion of appellee, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

SHANNON v. CARBON COAL CO. et al. (Circuit Court of Appeals, Eighth Circuit. January 15, 1919.) No. 5112. Appeal from the District Court of the United States for the Eastern District of Oklahoma. W. P. McGinnis, U. S. Atty., J. C. Wilhoit, Sp. Asst. U. S. Atty., and C. W. Miller, Asst. U. S. Atty., all of Muskogee, Okl., for appellant. Fuller & Porter and Gordon & McInnis, all of McAlester, Okl., for appellees.

PER CURIAM. Appeal dismissed with costs on motion of appellees.

---

SLATER, Public Adm'r, v. THOMPSON et al. (Circuit Court of Appeals, Eighth Circuit. January 13, 1919.) No. 5222. Appeal from the District Court of the United States for the Eastern District of Missouri. See, also, 255 Fed. 768, —— C. C. A. ——. Wells H. Blodgett, George B. Webster, Henry W. Blodgett, and Walter N. Fisher, all of St. Louis, Mo., for appellant. Taylor, Chasnoff & Willson, of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, on motion of appellees Theodore Rassieur, administrator d. b. n. c. t. a., et al.